IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>AGRIUM ADVANCED TECHNOLOGIES (U.S.) INC.,<br><br>    Defendant. | 4:15CV3108<br><br>**ORDER** |

Based upon the representations of the parties during the status conference held today,

IT IS ORDERED:

1) Answers to requests for admission are due March 23, 2017.

2) Answers to interrogatories are due and document production requests are to be completed by March 30, 2017.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):  June 1, 2017.
    For the defendant(s): June 30, 2017.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 15, 2017. Motions to compel Rule 33 through 36 discovery must be filed by May 29, 2017 Note: Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

Dated this 20th day of March, 2017.    BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge