IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY HARRIS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AGRIUM ADVANCED TECHNOLOGIES (U.S.) INC.,<br><br>　　　　　　　Defendant. | 4:15CV3108<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1)   The summary judgment deadline is continued to August 14, 2017.

2)   The Pretrial Conference continued and will be held before the undersigned magistrate judge on November 14, 2017 at **11:00 a.m.**, and will be conducted by internet/telephonic conferencing.  Counsel shall use the conferencing instructions assigned to this case to participate in the pretrial conference.  The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 13, 2017.

July 20, 2017.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge